# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL CERVANTES,

    Plaintiff,

v.       No. 3:17CV00081-JM-JJV

MISSISSIPPI COUNTY DETENTION CENTER; *et al*.,

    Defendants.

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the State of Arkansas are dismissed with prejudice based on Eleventh Amendment Immunity;

2. Plaintiff's claims against the Mississippi County Detention Center are dismissed without prejudice for failure to state a claim on which relief may be granted;

3. Plaintiff's claims against prosecutor Catherine Pamela Dean are dismissed without prejudice based on Eleventh Amendment and absolute immunity;

4. Plaintiff's claims against Mississippi County Sheriff Dale Aubry Cook are dismissed without prejudice for failure to state a claim on which relief may be granted.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 27th day of November, 2018.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE