IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL CERVANTES**                                                                 **PLAINTIFF**
**ADC #601673**

**v.**                      **CASE NO: 3:17-cv-00081 JM**

**MISSISSIPPI COUNTY**
**DETENTION CENTER;** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Wilson and Schultz are DISMISSED without prejudice from this cause of action.

2. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 1st day of March, 2019.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE