IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL CERVANTES**     **PLAINTIFF**
**ADC #601673**

v.     **CASE NO: 3:17CV00081-JM**

**MISSISSIPPI COUNTY**
**DETENTION CENTER;** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 50) be DENIED.

2. Defendants' Motion for Summary Judgment (Doc. No. 52) be GRANTED.

3. Plaintiff's claims against the Defendants Luther Whitfield, Brandon Petty, Ronnie McDermott, and Diane Wyles be DISMIMSSED with prejudice.

4. Plaintiff's Complaint (Doc. No. 2) be DISMISSED with prejudice.

5. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 4th day of November, 2019.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE