IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CERVANTES                                                                PLAINTIFF
ADC #601673

v.                          CASE NO: 3:17CV00081-JM

MISSISSIPPI COUNTY
DETENTION CENTER; *et al.*                                                       DEFENDANTS

# JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 4th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE